November 14, 2016

Honorable Malachy E. Mannion
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

RE:   U.S.A. v. AHMAD FERAS DIRI
      NO. 3:12-CR-294

Your Honor:

Ahmad Diri requested undersigned counsel to clarify a matter discussed at his recent sentencing hearing. During the hearing, the Court discussed items shipped from the United States to the Middle East. These items were set forth in the indictment. Mr. Diri would like the Court to know that the items were not offensive weapons, nor were they weapons of mass destruction.

In distinguishing several cases presented by Diri's counsel, the Court compared and contrasted items to Diri's indictment in those of other cases, the Defendant's Memorandum cited. This Court is properly aware through the litigation of Mr. Diri's co-Defendant that the items shipped were devices to test various gas levels and were essentially devices used to detect danger, not to put people in danger.

Mr. Diri apologizes to the Court for not having explained this in greater detail during the sentencing hearing. He wanted to be sure that this is brought to the Court's attention.

Sincerely,

*/s/ William Ruzzo*
WILLIAM RUZZO, ESQUIRE

WR/jlh
cc: Todd Hinkley, Esq.