Clerk of the United
States district court for the
Middle district of pennsylvania
235 N. Washington Ave, PA. 18503

09-09-2017
Mr. Ahmad F. Diri
Bop: 73050067
Moshannon Valley CI
555 Geo Drive
Philipsburg
PA, 16866

Re: Ahmad feras Diri
Docket No: 3:12-CR-294-02

To clerk of the united states district court for the Middle district of pennsylvania.

Can you please send me a copy of the transcripts of my sentence day date 10-25-2016.

Thank you
Sincerely

feras
Ahmad F. Diri

FILED
SCRANTON
SEP 13 2017
PER ___
DEPUTY CLERK