Ahmad F. Diri
Prisoner Number: 73050-067
Moshannon Valley CI
555 GEO Drive
Philipsburg, PA 16866

September 18th 2017

TO: Judge Malachy E. Mannion

REF: Docket No. 3:12-CR-294-02

FILED
SCRANTON

SEP 22 2017

PER_____
DEPUTY CLERK

Your honor,
  I am writing to request your assistance with a prison transfer from the USA to the UK in order that I may serve the remainder of my sentence in the UK, my country of residence.
  Prior to your presiding over this case (USA vs. Ahmad F. Diri) I was given a verbal promise by Mr Todd Henkley (assistant US attorney) that I would receive assistance in expediting my transfer to the UK. This promise was witnessed by my attorney, Mr William Ruzzo and a federal agent. However, after I submitted all the required documents to the Department of Justice, my application for transfer was denied, and I do not understand why.
  I am a naturalized citizen of the United Kingdom, where I have lived and maintained continuous employment since May 2000. I have never lived, worked in, or visited the USA until my extradition in November 2015. I have spent the last 22 months detained in the USA. If you are able to assist with a transfer to the UK, I will complete my sentence in a country in which I have a strong social support network and an offer of employment upon my release. My support network includes my ex-wife, with whom I am still very close, other family members, and many good friends.
  I am an electrical technician by trade and I have maintained communication with my employer since my arrest. She is keen to have me return to work for her. At present I do not qualify for any kind of "half-way house" re-entry program, but if I were in the UK, I could commence work as part of such a program. A further compelling motive to re-commence work as soon as possible is that I am the main source of income for my mother, who lives in war-torn Syria and is in ill health.
  I have tried to make good use of my time in prison, including completing vocational courses in electrical engineering, mechanical engineering, and alternative energy. I have also been learning how to speak Spanish. Please find copies of my course certificates attached. I hope that I can put these new skills to good use when I return to full-time employment.
  When you presided over my sentencing on November 25th 2016, my attorney asked if you had any objections to a treaty transfer. You had no objections at that time, which is why I humbly request your assistance. Specifically, I request that you discuss my case with the U.S. attorney, who I believe was involved in the denial of my

application. I have attached the relevant documentation from the Department of Justice, as well as a report from the prison on my progress. If you are able to help me with this request, I would greatly appreciate any assistance you can offer.


Yours sincerely,

*[signature]*


Ahmad F. Diri



**U.S. Department of Justice**

Criminal Division
Office of Enforcement Operations
International Prisoner Transfer Unit

*Washington, D.C. 20530*

Graham Wilkinson
Equality Rights and Decency Group
Her Majesty's Prison and Probation Service
Post point 4.10
4th Floor, Clive House
70 Petty France
London, England SW1H 9EX

    Re:    Ahmad Feras Diri, Reg. No. 73050-067
            Denial of Request to Transfer to the United Kingdom

Dear Mr. Wilkinson:

      On August 18, 2017, the United States denied the request of the above-referenced prisoner to transfer to the United Kingdom. The prisoner is currently incarcerated at the Moshannon Valley Correctional Institution, Philipsburg, Pennsylvania. The United States denied the transfer application because of serious law enforcement concerns.

                                      Sincerely,

                                      Paula A. Wolff, Chief
                                      International Prisoner Transfer Unit

cc:    Nicola McAllister, British Embassy, Washington, D.C.
        British Consulate General, New York, NY
        Michael Harris, Federal Bureau of Prisons, Washington, D.C.
        Ahmad Feras Diri ✓

```
 MVCB6              *        INMATE EDUCATION DATA       *    09-15-2017
PAGE 001 OF 001 *                TRANSCRIPT              *      10:25:58

REGISTER NO: 73050-067     NAME..: DIRI                      FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: MVC-MOSHANNON VALLEY CI

------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
MVC  ESL HAS    ENGLISH PROFICIENT            01-09-2017 1858 CURRENT
MVC  GED XN     EXEMPT GED NON-PROMOTABLE     01-09-2017 1858 CURRENT

-------------------------- EDUCATION COURSES -----------------------------
SUB-FACL    DESCRIPTION                 START DATE   STOP DATE EVNT AC LV  HRS
MVC         AG POULTRY                  07-07-2017   CURRENT
MVC         VT CARPRENTRY CLASS         08-18-2017   CURRENT
MVC         STRATEGIC BUS PLANNING      07-10-2017   CURRENT
MVC         SMALL BUSINESS              03-30-2017   CURRENT
MVC         SPANISH 1                   07-10-2017   CURRENT
MVC         YOGA/MEDITATION             07-07-2017   CURRENT
MVC         1 ALTERNATIVE ENERGY VT CLASS 08-18-2017 CURRENT
MVC         STRATEGIC BUS PLANNING (ENG). 03-30-2017 06-30-2017  P  C  P   21
MVC         CARPENTRY CLASS - 2         03-28-2017   08-18-2017  P  C  E   30
MVC         QTR 2-SMALL ENGINE REPAIR A 02-20-2017   08-18-2017  P  C  E   30
MVC         QTR 2- ALTERNATIVE ENERGY 1 02-21-2017   08-18-2017  P  C  E   30
MVC         NUTRITION                   03-30-2017   07-27-2017  P  C  P   25
MVC         ENGLISH ELECTRICAL 1+2 - 1  01-04-2017   03-28-2017  P  C  E   24
MVC         BASIC SPANISH T+W 1630-1800 12-30-2016   03-20-2017  P  C  P   24
MVC         BUS COMMUNICATION M,W,F 8-900 12-29-2016 03-17-2017  P  C  P   18
MVC         INTELLECTUAL PAT PROTECTION B1 01-31-2017 02-14-2017 P  C  E   15




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
 MVCB6   540*23  *         SENTENCE MONITORING          *      09-15-2017
PAGE 001          *         COMPUTATION DATA             *      10:25:35
                           AS OF 09-15-2017

REGNO..: 73050-067 NAME: DIRI, AHMAD FERAS


FBI NO............: DFXHV75KJ         DATE OF BIRTH: 05-20-1973  AGE:  44
ARS1..............: MVC/A-DES
UNIT..............: UNIT A            QUARTERS.....: A05-030L
DETAINERS.........: YES               NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 03-30-2018

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-19-2018 VIA GCT REL


                RELEASE AUDIT COMPLETED ON 06-13-2017 BY DSCC
----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, MIDDLE DISTRICT
DOCKET NUMBER...................: 3:12-294-02
JUDGE...........................: MANNION
DATE SENTENCED/PROBATION IMPOSED: 10-25-2016
DATE COMMITTED..................: 12-02-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  153
OFF/CHG: 18:371 CRIMINAL CONSPIRACY TO EXPORT FROM THE UNITED STATES
         MERCHANDIS,ARTICLES, AND OBJECTS CONTRARY TO LAW; EXPORTING
         FROM THE UNITED STATES TO SYRIA WITHOUT FIRST OBTAINING A
         LICENSE FROM THE DEPARTMENT OF COMMERCE;WIRE FRAUD;MONEY
         LAUNDERING; AND FALSE STATEMENTS (CT1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     37 MONTHS
 DATE OF OFFENSE................: 11-12-2015




G0002         MORE PAGES TO FOLLOW . . .
```

```
   MVCB6   540*23  *         SENTENCE MONITORING          *     09-15-2017
  PAGE 002           *          COMPUTATION DATA          *     10:25:35
                                AS OF 09-15-2017

REGNO..: 73050-067 NAME: DIRI, AHMAD FERAS


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-08-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-09-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-25-2016
TOTAL TERM IN EFFECT............:    37 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS       1 MONTHS
EARLIEST DATE OF OFFENSE........: 11-12-2015

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    11-12-2015    10-24-2016

TOTAL PRIOR CREDIT TIME.........: 348
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 145
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 07-19-2018
EXPIRATION FULL TERM DATE.......: 12-11-2018
TIME SERVED.....................:     1 YEARS     10 MONTHS        5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  59.8

PROJECTED SATISFACTION DATE.....: 07-19-2018
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
  MVCB6  540*23 *            SENTENCE MONITORING          *      09-15-2017
PAGE 003 OF 003 *              COMPUTATION DATA           *      10:25:35
                               AS OF 09-15-2017

REGNO..: 73050-067 NAME: DIRI, AHMAD FERAS

------------------------------ CURRENT DETAINERS: ----------------------------

DETAINER NO..: 001
DATE LODGED..: 12-08-2016
AGENCY.......: IMMIGRATION & NATURALIZATION
AUTHORITY....: ALLENWOOD, A
CHARGES......: DEPORTATION INVESTIGATION
```

G0000 TRANSACTION SUCCESSFULLY COMPLETED

Ahmad Diri
PO B: 73050-067
Moshannon Valley CI
555 GEO Drive
Philipsburg, PA 16866

JOHNSTOWN PA

Judge Malachy E. Mannion
Middle eastern court
William J. Nealon Frderac Building
U.S. Court House
235 N. Washington AVE
Scranton, PA. 18503

RECEIVED
SEP 22 2017
PER _____ DEPUTY CLERK