Ahmad F. Diri
prisoner number: 73050067
Moshannon Valley CI
555 GEO Drive
Philipsburg, PA, 16866
02-04-2018

FILED
SCRANTON
FEB - 7 2018
PER /s/
DEPUTY CLERK

RE: United States of America v. Ahmad F. Diri
Docket No: 3:CR-12-294-02

To Clerk of the United States district court for the Middle district of Pennsylvania.

My Attorney mr William Ruzzo sent me only the British passports and Jacket.

I have contacted my Attorney asked him for the other two Syrian passport to fulfill the Government's response to the United States District Judge the Honorable Judge Malachy E. Mannion to reteren the two other Syrian passports is will, but mr Ruzzo not responding to my request for the two Syrian passports.

I would be greatful for your effort to assist me in this critical matter.

Thank you for your assistants so for and thaefore.

sincerely

[signature]

Ahmad F. Diri

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 3:12-CR-294 |
| -vs- : | |
| : | |
| AHMAD FERAS DIRI, : | (MANNION, J.) |
| Defendant : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
LETTER TO THE COURT

1. On or about February 1, 2017, a letter from the defendant, Ahmad Feras Diri to the Court was filed with the Clerk of Courts. The letter requests this Honorable Court's assistance in recovery of certain personal items seized from the defendant at the time of his arrest and extradition from the United Kingdom.

2. The defendant requests the return of: "confiscated (United Kingdom passport, two Syrian passport (sic) expered (sic), Laptop and 3Cell (sic) phone, by ICE/federal (sic) agents."

3. On or about February 21, 2017, this Honorable Court directed the Government to file a response to the referenced letter, no later than 14 days from the said Order.

4. The undersigned Assistant United States Attorney has communicated with case agents in an effort to determine what, if any, personal property of the defendant is in the custody and control of the United States.

5. According to agents, the Government has in its possession certain items received from New Scotland Yard, seized from the defendant in relation to his arrest and extradition to the United States:

    a. Tom Tom Sat Nav;

    b. Acer Laptop;

    c. Notebook with floral cover;

    d. ███████████;

    e. Quantity of correspondence;

    f. Nokia mobile phone;

    g. Blackberry mobile phone;

    h. Quantity of DVD's;

    i. Blackberry Palm;

    j. Blackberry mobile phone; and

    k. ███████████

The government also has possession of a jacket worn by the defendant when he surrendered for extradition.

6. With the exception of the passports and jacket, the remaining items were seized as evidence and/or contraband in the investigation. The government has a continued need to retain these items pending the arrest and prosecution the defendant's codefendant Moawea Deri, who is a fugitive from justice.

7. 

Respectfully submitted;

UNITED STATES ATTORNEY
BRUCE D. BRANDLER

s/ Todd K. Hinkley
Todd K. Hinkley
Assistant United States Attorney

Ahmad Diria
#73050061
Moshannon Valley CI
555 Geo Drive
Philipsburg PA, 16866

Legal Mail

Clerk of the United States District Court
the middle district of Pennsylvania
235 N. Washigton Ave
Scranton, PA 18503

RECEIVED SCRANTON
FEB 07 2018
PER _____ DEPUTY CLERK