Ahmad F. Diri
Bop: 73050067
Moshannon Valley CI
555 GEO Drive
Philipsburg PA, 16866
04-25-2018

RE: United States of America V. Ahmad F. Diri
Docket No: 3:CR-12-294-02

To the clerk of district court,

My Attorney Mr william Ruzzo sent me only the British passports and jacket.
The Government's responsed to the united states District Judge the honorable Malachy E. Mannion to reteren the two syrian passport is will, but my Attorney tolled me he only got the British passport's from the government's.

I would be greatful if you can assist me in this critical matter to fulfill the Government's responsed.

Many thanks

Ahmad F. Diri

FILED
SCRANTON
APR 30 2018
PER
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:12-CR-294 |
| -vs- | : | |
| | : | |
| AHMAD FERAS DIRI, | : | (MANNION, J.) |
| Defendant | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
LETTER TO THE COURT

1. On or about February 1, 2017, a letter from the defendant, Ahmad Feras Diri to the Court was filed with the Clerk of Courts. The letter requests this Honorable Court's assistance in recovery of certain personal items seized from the defendant at the time of his arrest and extradition from the United Kingdom.

2. The defendant requests the return of: "confiscated (United Kingdom passport, two Syrian passport (sic) expered (sic), Laptop and 3Cell (sic) phone, by ICE/federal (sic) agents."

3. On or about February 21, 2017, this Honorable Court directed the Government to file a response to the referenced letter, no later than 14 days from the said Order.

4. The undersigned Assistant United States Attorney has communicated with case agents in an effort to determine what, if any, personal property of the defendant is in the custody and control of the United States.

5. According to agents, the Government has in its possession certain items received from New Scotland Yard, seized from the defendant in relation to his arrest and extradition to the United States:

    a. Tom Tom Sat Nav;

    b. Acer Laptop;

    c. Notebook with floral cover;

    d. Two Syrian Passports;

    e. Quantity of correspondence;

    f. Nokia mobile phone;

    g. Blackberry mobile phone;

    h. Quantity of DVD's;

    i. Blackberry Palm;

    j. Blackberry mobile phone; and

    k. U.K. Passport.

The government also has possession of a jacket worn by the defendant when he surrendered for extradition.

6. With the exception of the passports and jacket, the remaining items were seized as evidence and/or contraband in the investigation. The government has a continued need to retain these items pending the arrest and prosecution the defendant's codefendant Moawea Deri, who is a fugitive from justice.

7. With the Court's permission, the three passports and the defendant's jacket will be mailed to the defendant's counsel of record, William Ruzzo, Esquire. Mr. Ruzzo may then make arrangements to turn these items over to his client, through the Bureau of Prisons.

Respectfully submitted;

UNITED STATES ATTORNEY
BRUCE D. BRANDLER

s/ Todd K. Hinkley
Todd K. Hinkley
Assistant United States Attorney

Clerk of Johnstown PA District
District Court
Middle district
Pennsylvania
235 N. Washington Ave
Scranton, PA. 18503

Ahmad Diri
73050067
Moshannon Valley CI
555 GEO Drive
Philipsburg PA, 16866

RECEIVED
SCRANTON
APR 30 2018
PER _____ DEPUTY CLERK