

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920
WILLIAMSPORT:
(570) 323-6380

PETER J. WELSH
ACTING CLERK OF COURT

May 1, 2018

FILED
SCRANTON
MAY 0 1 2018
PER _____
DEPUTY CLERK

William Ruzzo, Esq.
590 Rutter Ave
Kingston, PA 18704

RE:  3:12-CR-294

Dear Attorney Ruzzo,

   Enclosed please find a copy of the letter received from defendant Ahamd Diril along with a copy of the Order, dated 2/28/2017 and the Response by the US Attorney.

   It seems that Mr. Diri has yet to receive his Syrian Passports from you. The response from the US Attorney indicates that he sent you the passports along with the defendant's jacket.
According to Mr. Diri he received British Passports, not the Syrian ones indicated on the response from the US Attorney.

   These Passports are not in the Clerk of Court's possession so we are trying to locate them. Please advise the Court of any information available to you regarding these Syrian Passports.

.

Sincerely,

Peter J. Welsh, Acting Clerk of Court

By: _Chris Jovelli_